

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2019

No. 04-18-00746-CV

**UNITED SPECIALTY INSURANCE COMPANY,**
Appellant

v.

Alfonso **CANTU** and Ramiro Cantu,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVK000197D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The reporter's record was originally due to be filed in this appeal on November 26, 2018. On November 28, 2018, this court notified the court reporter responsible for preparing the record, Ms. Cynthia Perez Lenz, that the reporter's record was late. Ms. Lenz was directed to file a notification of late record if she had not received payment or to file the reporter's record no later than December 28, 2018. No notification of late record was filed, and the reporter's record was not filed by the extended deadline.

It is therefore ORDERED that Ms. Lenz file the reporter's record in this court within fourteen (14) days of the date of this order. If the record is not received by such date, an order may be issued directing Ms. Lenz to appear before this court in person and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Lenz by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Jose A. Lopez, Judge of the 49th Judicial District Court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court